UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OWEN HARTY,                             :
   plaintiff,                           :
                                        :
      v.                                :
                                        : Civil no. 3:11CV1407(AVC)
GDR ASSOCIATES, INC.,                   :
   defendant.                           :

### JUDGMENT

This action having come before the court for consideration of the defendant, GDR Associates' motion to dismiss, and

The court having considered the motion and the record of the case, and having granted the defendant's motion to dismiss on October 22, 2013, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant, GDR Associates, Inc.

Dated at Hartford, Connecticut, this 9th day of December, 2013 at Hartford, Connecticut.

ROBIN TABORA, Clerk


By: __/ s /__
Renee Alexander
Deputy Clerk